UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.R.,

                          Petitioner,

          -against-

KENNETH GENALO, New York Field Office
Director for U.S. Immigration and Customs
Enforcement; PAUL ARTETA, Warden of Or-
ange County Correctional Facility;
PAMELA BONDI, Attorney General of the
United States; KRISTI NOEM, Secretary of
Homeland Security; and Todd M. LYONS,
Acting Director, U.S. Immigration and Cus-
toms Enforcement,

                          Respondents.

**ORDER**
26-cv-00593 (ER)

Ramos, D.J.:

          Petitioner C.R. moved to proceed under pseudonym in the instant litigation.  Doc. 4.  The

government is directed to respond to the motion by January 30, 2026.


          SO ORDERED.


Dated:    January 23, 2026
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.