**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
C.R.,

                              Petitioner,             26 **CIVIL** 0593 (ER)

       -against-                                    **JUDGMENT**

KENNETH GENALO, New York Field Office
Director for U.S. Immigration and Customs
Enforcement; PAUL ARTETA, Warden of Orange
County Correctional Facility; PAMELA BONDI,
Attorney General of the United States; KRISTI
NOEM, Secretary of Homeland Security; and
Todd M. LYONS, Acting Director, U.S.
Immigration and Customs Enforcement,

                             Respondents.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated January 28, 2026, the Petition for Writ of Habeas Corpus is

GRANTED.

**DATED:**  New York, New York
            February 17, 2026

                                        **TAMMI M. HELLWIG**

                                           **Clerk of Court**

               **BY:**
                                          **Deputy Clerk**